UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                     Case No.: 1:07−cr−00799
                                                       Honorable Ronald A. Guzman

Ju Wen Zhou, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman as to Jerry Left, Hubert Chow: Status hearing held on 5/22/2008. Change of Plea Hearing set for 6/30/2008 at 02:30 PM. Oral motion of government to exclude time is granted. In the interest of justice, time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.